**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                 303-844-2527
  Judge

October 8, 2009

<u>MEMORANDUM</u>

TO:        Greg Langham, Clerk

FROM:    Judge Babcock                              s/LTB
RE:        Criminal Action No.  09-cr-00428
           USA v. Daniel Constantin Romanesse

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp