**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00428-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. DANIEL CONSTANTIN ROMANESSE,

     Defendant.

---

**MINUTE ORDER**[1]

---

     Due to a conflict arising on the court's calendar, the sentencing hearing previously set for July 2, 2010, is **VACATED** and is **RESET** to **June 30, 2010**, at 11:00 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

     Dated: June 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.