**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00428-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANIEL CONSTANTIN ROMANESSE,

      Defendant.

**MINUTE ORDER**[1]

At the oral request of the government, and with the consent of defense counsel, the sentencing hearing set for June 30, 2010, is **VACATED** and is **RESET** to **June 29, 2010**, at 9:00 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: June 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.